```
                FILED          RECEIVED
                ENTERED        SERVED ON
                      COUNSEL/PARTIES OF RECORD

                    AUG 1 0 2009

               CLERK US DISTRICT COURT
                  DISTRICT OF NEVADA
               BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTWON MAURICE BAYARD,           ) | |
|        Petitioner,           ) | 3:09-cv-0352-BES-VPC |
| vs.                              ) | **ORDER** |
| STATE OF NEVADA, *et al.*,       ) | |
|        Respondents.         ) | |

This action was initiated by the filing of an application to proceed *in forma pauperis* by a Nevada state prisoner. (Docket #1). However, the application is not accompanied by an operative pleading, such a habeas petition or a complaint. As such, this action must be dismissed. If petitioner wishes to file an action in this Court, he may do so by filing an appropriate operative pleading in a new action.

**IT THEREFORE IS ORDERED** that this action is **DISMISSED** without prejudice to the filing of a new action under a new case number. The Clerk of the Court shall enter judgment accordingly.

**IT FURTHER IS ORDERED** that the Clerk of the Court shall send petitioner two copies of a blank 28 U.S.C. § 2254 habeas petition form, and one copy of instructions for the same, as well as two copies of a blank prisoner civil rights complaint under 42 U.S.C. § 1983, and one copy of instructions for the same.

DATED this 10th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE