AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

ANTWON MAURICE BAYARD,

    Petitioner,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:09-cv-352-BES (VPC)**

STATE OF NEVADA, et al.,

    Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that this action is DISMISSED WITHOUT PREJUDICE to the filing of a new action under a new case number.

 August 11, 2009                                                    **LANCE S. WILSON**
                                                                                          Clerk

                                                                                           Marti Campbell
                                                                                           Deputy Clerk